ALEXANDER (ZANDER) BLEWETT, III
ANDERS BLEWETT
HOYT & BLEWETT PLLC
P.O. Box 2807
Great Falls, MT 59403-2807
Telephone: (406) 761-1960
Fax: (406) 761-7186
E-mail: zblewett@hoytandblewett.com
ablewett@hoytandblewett.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TIMOTHY J. WYLDER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ISMAEL SANCHEZ SHERWOOD,<br><br>Plaintiff,<br><br>v.<br><br>T-T CONTRACTING, LLC, JOHN GRAHAM, and MACON CONSTRUCTION, CO.,<br><br>Defendants. | Cause No: CV-24-95-GF-JTJ<br><br>Judge:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW the above-named Plaintiff, Timothy Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, by and through his

Attorneys of records and for his claims against Defendants, alleges as follows:

## **PARTIES AND VENUE**

1.  Plaintiff, Timothy J. Wylder, is the duly appointed and acting Personal Representative of the Estate of Ismael Sanchez Sherwood, who died on June 15, 2022, while working as a truck driver delivering PVC pipes to a job site near Wolf Point in Roosevelt County, Montana. Plaintiff's formal petition for appointment as Personal Representative was granted and certified letters of appointment are attached as Exhibit A, thus, pursuant to MCA § 27-1-513 and § 27-1-501, Plaintiff, as Personal Representative, is authorized to assert wrongful death and survivorship claims.

2.  At the time of death on June 15, 2022, Ismael Sanchez Sherwood was a citizen and/or subject of a foreign state, Cuba, and was lawfully admitted for permanent residence in the United States and was domiciled in the state of Texas. See United States Permanent Resident ID attached hereto as Exhibit B. Citizenship of the Plaintiff Timothy J. Wylder, as the duly appointed and acting Personal Representative of the Estate of Ismael Sanchez Sherwood, is based on the citizenship of Ismael Sanchez Sherwood at the time of his death, and therefore for purposes of Federal diversity jurisdiction, Plaintiff, Timothy Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, is a citizen and/or subject of a foreign state who was lawfully admitted for permanent residence in the

United States and was domiciled in the state of Texas.

3. Defendant, T-T Contracting, LLC, is a domestic limited liability company with its principal place of business at Riverview Road, Glasgow, Montana, and is therefore a resident of Valley County, and a citizen of the State of Montana.

4. Defendant, John Graham, is an individual, a resident of Valley County and a citizen of the state of Montana. Defendant Graham is also a member of T-T Contracting LLC.

5. Defendant, Macon Construction, Co., is a domestic for profit corporation with its principal place of business in Nashua, Montana, and is therefore a resident of Valley County and a citizen of the State of Montana.

6. Jurisdiction is proper in this Court under 28 U.S.C. § 1332, diversity of citizenship, since the amount in controversy exceeds $75,000, exclusive of interest and costs, and the action is between a citizen of a state and a citizen and/or subject of a foreign state.

7. Venue for this action is proper in the Great Falls Division of this Court pursuant to § 25-2-122(1)(a), MCA, because Defendants reside in Valley County and pursuant to § 25-2-122(1)(b), MCA, because the tort giving rise to Ismael Sanchez Sherwood's injury and subsequent wrongful death was committed in Roosevelt County.

## **GENERAL ALLEGATIONS**

8. Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, restates and realleges all allegations in ¶¶ 1-7 above.

9. On or about June 15, 2022, Ismael Sanchez Sherwood transported and delivered PVC pipes, which were loaded onto the tractor-trailer Ismael Sanchez Sherwood was operating, to a water line installation project job site of Defendant Macon Construction, Co. near Wolf Point, Montana. After Ismael Sanchez Sherwood arrived at the job site, Defendant John Graham used a fork lift and negligently began offloading the PVC pipes from the tractor trailer. As a result of Defendants' negligence and negligence *per se*, the PVC pipes fell off the trailer onto Ismael Sanchez Sherwood and crushed him. Ismael Sanchez Sherwood suffered fatal injuries after surviving an appreciable period of time.

10. Defendants were negligent and negligent *per se* for the following reasons:

    a. Failing to properly operate the forklift use to unload the trailer;

    b. Failing to adequately supervise its employees and/or agents;

    c. Failing to adequately train its employees and/or agents;

    d. Failing to adequately instruct its employees and/or agents;

    e. Failing to hire enough personnel to safely unload the pipe;

    f. Unloading the pipe in hazardous conditions;

      g.      Failing to adopt adequate safety policies and procedures;

      h.      Failing to properly maintain the equipment;

      i.      Failing to properly inspect the equipment;

      j.      Failing to properly operate the equipment;

      k.      Failing to provide adequate safety equipment;

      l.      Failing to properly perform the work in question;

      m.      Failing to ensure that its worksite was reasonably safe;

      n.      Failing to adequately warn of dangerous activities and/or conditions;

      o.      Vicarious liability for the conduct of their employees and/or agents;

      p.      Violating applicable government regulations, laws, rules, and industry standards; and

      q.      Other acts deemed negligent and negligent *per se*.

11. As a direct and proximate result of Defendants' negligence, negligence *per se* and other negligence, Ismael Sanchez Sherwood suffered very serious personal injuries and damages and subsequently died as a result of those injuries.

## COUNT I
## WRONGFUL DEATH CLAIM BASED ON
## DIRECT NEGLIGENCE AND NEGLIGENCE *PER SE* OF DEFENDANT
## JOHN GRAHAM

12. Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, restates and realleges all allegations in ¶¶ 1-11 above.

13. Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, incorporates all other paragraphs of this complaint as though fully set forth herein.

14. As a direct result of Defendant John Graham's negligence, negligence *per se* and other negligence, in causing the PVC pipes to fall on Ismael Sanchez Sherwood, he suffered fatal injuries and passed away after living an appreciable period of time.

15. As the duly appointed and acting Personal Representative of the Estate of Ismael Sanchez Sherwood, Plaintiff, Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, is entitled to bring an action for wrongful death against Defendant Graham pursuant to Mont. Code Ann. § 27-1-513, on behalf of Ismael Sanchez Sherwood's heirs for the substantial damages they have suffered and will suffer as a result of his wrongful death.

16. Ismael Sanchez Sherwood's heirs had a very close and loving relationship with him. As a result of the death of Ismael Sanchez Sherwood, the

heirs have suffered and will suffer from grief, sorrow, and mental anguish, loss of the marital relationship, and loss of the value of the society, comfort, guidance, education, care, protection, and companionship by reason of the death of Ismael Sanchez Sherwood, and thus they are entitled to wrongful death damages against Defendant Graham for his negligence and negligence *per se* in causing the pipes to fall off the trailer, which ultimately resulted in Ismael Sanchez Sherwood's death. The full extent of those damages will be proven at the time of trial.

## PRAYER FOR RELIEF
## WRONGFUL DEATH CLAIMS AGAINST DEFENDANT JOHN GRAHAM

WHEREFORE, Plaintiff Timothy J. Wylder as Personal Representative of the Estate of Ismael Sanchez Sherwood, prays for judgment against Defendant John Graham on Count I as follows:

a.  For the full amount of wrongful death damages to which the heirs of Ismael Sanchez Sherwood are entitled under Montana law;

b.  For all of their costs and disbursements incurred herein; and,

c.  For such other relief as the Court deems just under the circumstances.

## COUNT II
## WRONGFUL DEATH CLAIM BASED ON
## VICARIOUS LIABILITY OF DEFENDANT T-T CONTRACTING LLC
## FOR THE DIRECT NEGLIGENCE AND NEGLIGENCE *PER SE* OF
## DEFENDANT JOHN GRAHAM

17.  Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, restates and realleges all allegations in ¶¶ 1-16 above.

18. Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, incorporates all other paragraphs of this complaint as though fully set forth herein.

19. Upon information and belief, Defendant John Graham at all times pertinent herein was acting as an employee and/or agent and/or member of T-T Contracting LLC and was acting in the course and scope of his employment and/or agency and/or status as a member of T-T Contracting LLC and Defendant T-T Contracting LLC is vicariously liable under Montana law pursuant to the doctrine of respondeat superior for Defendant Graham's negligence in causing injury to Ismael Sanchez Sherwood which ultimately resulted in Ismael Sanchez Sherwood's death.

20. As the duly appointed and acting Personal Representative of the Estate of Ismael Sanchez Sherwood, Plaintiff, Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, is entitled to bring an action for wrongful death against Defendant T-T Contracting LLC pursuant to Mont. Code Ann. § 27-1-513, on behalf of Ismael Sanchez Sherwood's heirs for the substantial damages they have suffered and will suffer as a result of his wrongful death.

21. Ismael Sanchez Sherwood's heirs had a very close and loving relationship with him. As a result of the death of Ismael Sanchez Sherwood, the

heirs have suffered and will suffer from grief, sorrow, and mental anguish, loss of the marital relationship, and loss of the value of the society, comfort, guidance, education, care, protection, and companionship by reason of the death of Ismael Sanchez Sherwood, and thus they are entitled to wrongful death damages against T-T Contracting LLC for its negligence and negligence *per se* in causing the pipes to fall off the trailer, which ultimately resulted in Ismael Sanchez Sherwood's death.  The full extent of those damages will be proven at the time of trial.

## PRAYER FOR RELIEF
## WRONGFUL DEATH CLAIMS AGAINST DEFENDANT T-T CONTRACTING, LLC

WHEREFORE, Plaintiff Timothy J. Wylder as Personal Representative of the Estate of Ismael Sanchez Sherwood, prays for judgment against Defendant T-T Contracting, LLC on Count II as follows:

a. For the full amount of wrongful death damages to which the heirs of Ismael Sanchez Sherwood are entitled under Montana law;

b. For all of their costs and disbursements incurred herein; and,

c. For such other relief as the Court deems just under the circumstances.

## COUNT III
## WRONGFUL DEATH CLAIM BASED ON VICARIOUS LIABILITY OF DEFENDANT MACON CONSTRUCTION, CO. FOR DIRECT NEGLIGENCE AND NEGLIGENCE *PER SE* OF DEFENDANT JOHN GRAHAM.

22. Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, restates and realleges all allegations in ¶¶ 1-21 above.

23.     Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, incorporates all other paragraphs of this complaint as though fully set forth herein.

24.     In the alternative, upon information and belief, Defendant John Graham at all times pertinent herein was acting as an employee and/or agent of Defendant Macon Construction, Co.  Defendant Macon Construction, Co. exercised direction and/or control over the work performed by Defendant John Graham.  Based on information and belief, at all times material herein, Defendant John Graham did not have a valid Independent Contractor Exemption Certificate (ICEC) for the unloading of PVC pipes and the water line installation duties he was performing at the time he negligently injured Ismael Sanchez Sherwood which ultimately resulted in Ismael Sanchez Sherwood's death.  To the extent Defendant John Graham had an Independent Contractor Exemption Certificate, Defendant John Graham performed work outside the trade, business, occupation, or profession listed on his ICEC which is "Fencing" and therefore exceeded the scope of his Independent Contractor Exemption Certificate and his Independent Contractor Exemption Certificate does not apply to the job duties Defendant John Graham was performing at the time of Ismael Sanchez Sherwood's injury and subsequent death.  At all times pertinent herein Defendant John Graham was acting in the course and scope of his employment and/or agency of Defendant Macon

Construction, Co. and Defendant Macon Construction, Co. is vicariously liable under Montana law pursuant to the doctrine of respondeat superior for Defendant Graham's negligence in causing injury to Ismael Sanchez Sherwood which ultimately resulted in Ismael Sanchez Sherwood's death.

25. As the duly appointed and acting Personal Representative of the Estate of Ismael Sanchez Sherwood, Plaintiff, Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood is entitled to bring an action for wrongful death against Defendant Macon Construction, Co. pursuant to Mont. Code Ann. § 27-1-513, on behalf of Ismael Sanchez Sherwood's heirs for the substantial damages they have suffered and will suffer as a result of his wrongful death.

26. Ismael Sanchez Sherwood's heirs had a very close and loving relationship with him. As a result of the death of Ismael Sanchez Sherwood, the heirs have suffered and will suffer from grief, sorrow, and mental anguish, loss of the marital relationship, and loss of the value of the society, comfort, guidance, education, care, protection, and companionship by reason of the death of Ismael Sanchez Sherwood, and thus they are entitled to wrongful death damages against Defendant Macon Construction, Co. for its negligence and negligence *per se* in causing the pipes to fall off the trailer, which ultimately resulted in Ismael Sanchez Sherwood's death. The full extent of those damages will be proven at the time of

trial.

## PRAYER FOR RELIEF
## WRONGFUL DEATH CLAIMS AGAINST DEFENDANT
## MACON CONSTRUCTION, CO.

WHEREFORE, Plaintiff Timothy J. Wylder as Personal Representative of the Estate of Ismael Sanchez Sherwood, prays for judgment against Macon Construction, Co. on COUNT III as follows:

a. For the full amount of wrongful death damages to which the heirs of Ismael Sanchez Sherwood are entitled under Montana law;

b. For all of their costs and disbursements incurred herein; and,

c. For such other relief as the Court deems just under the circumstances.

## COUNT IV
## WRONGFUL DEATH CLAIM BASED ON DIRECT NEGLIGENCE OF
## DEFENDANT MACON CONSTRUCTION, CO.

27. Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, restates and realleges all allegations in ¶¶ 1-26 above.

28. Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, incorporates all other paragraphs of this complaint as though fully set forth herein.

29. Based upon information and belief, in the alternative, Defendant Macon Construction, Co. acted as the general contractor for the water line installation project where the PVC pipe was delivered and offloaded. Based on information and belief, Defendant Macon Construction, Co. entered into a

contractual agreement to become the general contractor of the water line installation project at the job site. Based on information and belief, Defendant Macon Construction, Co. entered into a contractual agreement with Defendant John Graham and/or Defendant T-T Contracting LLC to work on the water line installation project as subcontractors. Based on information and belief, Defendant Macon Construction, Co. controlled safety at the workplace and Defendant John Graham and/or Defendant T-T Contracting LLC performed work under Defendant Macon Construction's general direction and control and Defendant Macon Construction assumed a nondelegable duty to maintain a safe workplace.

30. Defendant Macon Construction, Co. retained both the right and duty to control job safety at the job site giving rise to a nondelegable duty of safety on the part of Defendant Macon Construction, Co.

31. Defendant breached these duties in negligently failing to provide Ismael Sanchez Sherwood with a safe place to work and in other particulars.

32. As a direct result of Defendant Macon Construction, Co.'s negligence, negligence *per se* and other negligence, in causing the PVC pipes to fall on Ismael Sanchez Sherwood, he suffered fatal injuries and passed away after living an appreciable period of time.

33. As the duly appointed and acting Personal Representative of the Estate of Ismael Sanchez Sherwood, Plaintiff, Timothy J. Wylder, as Personal

Representative of the Estate of Ismael Sanchez Sherwood is entitled to bring an action for wrongful death against Defendant Macon Construction, Co. pursuant to Mont. Code Ann. § 27-1-513, on behalf of Ismael Sanchez Sherwood's heirs for the substantial damages they have suffered and will suffer as a result of his wrongful death.

34.     Ismael Sanchez Sherwood's heirs had a very close and loving relationship with him.  As a result of the death of Ismael Sanchez Sherwood, the heirs have suffered and will suffer from grief, sorrow, and mental anguish, loss of the marital relationship, and loss of the value of the society, comfort, guidance, education, care, protection, and companionship by reason of the death of Ismael Sanchez Sherwood, and thus they are entitled to wrongful death damages against Defendant Macon Construction, Co. for its negligence and negligence *per se* in causing the pipes to fall off the trailer, which ultimately resulted in Ismael Sanchez Sherwood's death.  The full extent of those damages will be proven at the time of trial.

### PRAYER FOR RELIEF
### WRONGFUL DEATH CLAIMS AGAINST DEFENDANT MACON CONSTRUCTION, CO.

WHEREFORE, Plaintiff Timothy J. Wylder as Personal Representative of the Estate of Ismael Sanchez Sherwood, prays for judgment against Defendant Macon Construction, Co. on COUNT IV as follows:

    a.     For the full amount of wrongful death damages to which the heirs of

Ismael Sanchez Sherwood are entitled under Montana law;

b.  For all of their costs and disbursements incurred herein; and,

c.  For such other relief as the Court deems just under the circumstances.

## COUNT V
## WRONGFUL DEATH CLAIM BASED ON INHERENTLY DANGEROUS ACTIVITY AGAINST DEFENDANT MACON CONSTRUCTION, CO.

35.  Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, restates and realleges all allegations in ¶¶ 1-34 above.

36.  Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, incorporates all other paragraphs of this complaint as though fully set forth herein.

37.  The work performed by Defendant John Graham on June 15, 2022, as referenced in detail in ¶ 9 above, constitutes inherently or intrinsically dangerous activity as a matter of law.

38.  Because the work Defendant John Graham was performing constitutes inherently or intrinsically dangerous activity as a matter of law, pursuant to the Restatement (Second) of Torts § 413.  Upon information and belief, Defendant Macon Construction, Co. owed a duty of reasonable care to Ismael Sanchez Sherwood because: 1) Defendant Macon Construction, Co. failed to provide in the contract with T-T Contracting LLC that T-T Contracting LLC shall take such

15

precautions, and 2) Defendant Macon Construction, Co. failed to exercise reasonable care to provide in some other manner for the taking of such precautions.

39. Defendant Macon Construction, Co. negligently breached its duty of reasonable care to Ismael Sanchez Sherwood.

40. As a direct result of Defendant Macon Construction, Co.'s negligence, negligence *per se* and other negligence, Ismael Sanchez Sherwood suffered fatal injuries and passed away after living an appreciable period of time.

41. As the duly appointed and acting Personal Representative of the Estate of Ismael Sanchez Sherwood, Plaintiff, Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood is entitled to bring an action for wrongful death against Defendant Macon Construction, Co. pursuant to Mont. Code Ann. § 27-1-513, on behalf of Ismael Sanchez Sherwood's heirs for the substantial damages they have suffered and will suffer as a result of his wrongful death.

42. Ismael Sanchez Sherwood's heirs had a very close and loving relationship with him. As a result of the death of Ismael Sanchez Sherwood, the heirs have suffered and will suffer from grief, sorrow, and mental anguish, loss of the marital relationship, and loss of the value of the society, comfort, guidance, education, care, protection, and companionship by reason of the death of Ismael Sanchez Sherwood, and thus they are entitled to wrongful death damages against

Defendant Macon Construction, Co. for its negligence and negligence *per se* in causing the pipes to fall off the trailer, which ultimately resulted in Ismael Sanchez Sherwood's death. The full extent of those damages will be proven at the time of trial.

## PRAYER FOR RELIEF
## WRONGFUL DEATH CLAIMS AGAINST DEFENDANT MACON CONSTRUCTION, CO.

WHEREFORE, Plaintiff Timothy J. Wylder as Personal Representative of the Estate of Ismael Sanchez Sherwood, prays for judgment against Defendant Macon Construction, Co. on COUNT V as follows:

a. For the full amount of wrongful death damages to which the heirs of Ismael Sanchez Sherwood are entitled under Montana law;
b. For all of their costs and disbursements incurred herein; and,
c. For such other relief as the Court deems just under the circumstances.

## COUNT VI
## SURVIVORSHIP CLAIM (AGAINST ALL DEFENDANTS)

43. Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, restates and realleges all allegations in ¶¶ 1-42 above.

44. Plaintiff Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood, incorporates all other paragraphs of this complaint as though fully set forth herein.

45. Ismael Sanchez Sherwood lived an appreciable period of time following the incident where the pipes fell off the trailer, crushing Mr. Sherwood and causing his death.

46. As the duly appointed and acting Personal Representative of the

Estate of Ismael Sanchez Sherwood, Plaintiff, Timothy J. Wylder, as Personal Representative of the Estate of Ismael Sanchez Sherwood is entitled to bring a survivorship action against Defendants pursuant to Mont. Code Ann. § 27-1-501, on behalf of the Estate for the damages Ismael Sanchez Sherwood suffered as a result of Defendants' negligence in causing his death. The full extent of those damages, which include lost future earnings from the time of his death, the present value of future lost earnings and/or loss of earning capacity during Ismael Sherwood's remaining life expectancy, medical and funeral expenses, conscious pain and suffering, and other special damages will be proven at the time of trial.

## PRAYER FOR RELIEF
## SURVIVORSHIP CLAIM

WHEREFORE, Plaintiff Timothy J. Wylder as Personal Representative of the Estate of Ismael Sanchez Sherwood, prays for judgment against Defendants John Graham, T-T Contracting, LLC, and Macon Construction, Co. on COUNT VI, as follows:

a.  For the full amount of survivorship damages to which the Estate of Ismael Sanchez Sherwood is entitled under Montana law;

b.  For all of its costs and disbursements incurred herein; and,

c.  For such other relief as the Court deems just under the circumstances.

## JURY DEMAND

Plaintiff demands that all issues on Counts I through VI be tried before a jury.

DATED this 24th day of October, 2024.

                      HOYT & BLEWETT PLLC

                By: /s/ Anders Blewett
                    Alexander (Zander) Blewett III
                    Anders Blewett

                    Attorneys for Plaintiff