IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CLAUDIA RIVERON VERDECIA, as Personal Representative of the Estate of Ismael Sanchez Sherwood,<br><br>Plaintiff,<br><br>v.<br><br>T&T CONTRACTING, LLC, et al.,<br><br>Defendants. | CV-24-95-GF-JTJ<br><br>**ORDER** |

Upon the Stipulation for Dismissal with Prejudice (Doc. 29) and with good cause shown, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party will bear their own fees and costs.

DATED this 10th day of July 2025.

_____
John Johnston
United States Magistrate Judge

-1-